# USDC SCAN INDEX SHEET

















```
SWD    7/25/05    10:46
3:05-CV-01470   MINTZ V. DIETZ AND WATSON INC
*1*
*CMP.*
```

ORIGINAL

FILED

05 JUL 22 PM 4: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

JOHN L. HALLER (SBN: 61392)
CHARLES V. BERWANGER (SBN: 47,282)
SUSAN B. MEYER (SBN: 204931)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Plaintiffs
NEIL MINTZ, MARCUS MINTZ AND
JIF-PAK MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; and MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation and PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation,<br><br>Defendants. | CASE NO. 05CV 1470 L (AJB)<br><br>**COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION AND FOR DAMAGES FOR PATENT INFRINGEMENT, CONTRIBUTORY INFRINGEMENT AND INDUCMENT TO INFRINGE, AND FOR DECLARATORY RELIEF REGARDING NON-INTERFERENCE WITH BUSINESS RELATIONSHIP**<br><br>*Demand for Jury Trial* |

Plaintiffs, NEIL MINTZ, MARCUS MINTZ, and JIF-PAK MANUFACTURING, INC. (collectively "Plaintiffs") for their complaint against Defendant, DIETZ & WATSON, INC., (hereinafter called "D&W") and PACKAGE CONCEPTS & MATERIALS (hereinafter "PCM") hereby alleges as follows:

## I.

### JURISDICTION

1. This is a civil action for patent infringement, contributory infringement and inducement to infringe which arises under the Patent Laws of the United States namely Title 35

-1-

COMPLAINT

of the United States Code and this Court has jurisdiction under 28 U.S.C. §§ 1331, 1332 and 1338(a). In addition, this is an action for declaratory judgment (28 U.S.C. § § 2201, 2202) regarding the non-interference with a business relationship and this Court has jurisdiction under 28 U.S.C. § 1367.

## II.

## VENUE

2. Plaintiffs are informed and believe that this Court is the proper venue under 28 U.S.C. §§ 1391(b), (c) and § 1400 because Defendant D&W is subject to personal jurisdiction in this judicial district, the products of the infringing activities, as alleged herein below, are advertised and sold within this judicial district and D&W is doing business in this judicial district.

3. Plaintiffs are informed and believe that this Court is the proper venue under 28 U.S.C. §1391(b), (c) and § 1440 because Defendant PCM, is subject to personal jurisdiction in this judicial district, the products of the infringing activities, as alleged herein below, are advertised and sold within this judicial district and PCM is doing business in this Judicial District. Plaintiffs are further informed and believe that Defendant PCM will admit to the jurisdiction of this court.

## III.

## THE PARTIES

4. Plaintiff Neil Mintz is an individual, residing in the county of San Diego.

5. Plaintiff Marcus Mintz is an individual, residing in the county of San Diego.

6. Jif-Pak Manufacturing, Inc. is a California corporation with its principal place of business in the County of San Diego ("Jif-Pak").

7. Upon information and belief, Defendant D&W is a Pennsylvania corporation, with a principal place of business in Philadelphia, Pennsylvania.

8. Upon information and belief, Defendant PCM is a South Carolina corporation, with a principal place of business in Greenville, South Carolina.

/ / / / /

IV.

## COUNT 1

## PATENT INFRINGEMENT

(Against All Defendants)

9. Plaintiffs, Neil Mintz and Marcus Mintz, reallege the allegations of the foregoing Paragraphs 1 through 6, and incorporates allegations herein by reference as though fully set forth.

10. On May 9, 1995, United States Letters Patent No. 5,413,148 (the '148 patent) entitled Casing Structure for Encasing Meat Products (hereinafter the Patented Invention) issued to co-inventors Neil Mintz and Marcus Mintz. Plaintiffs are the owners/licensees of the '148 patent and enjoy all rights, title and interest in and to said '148 patent.

11. Plaintiffs Neil Mintz and Marcus Mintz, have informally licensed the right to make have made use sell and advertise the invention claimed in the '148 patent to Plaintiff Jif-Pak.

12. The '148 patent relates to a tubular casing for meat products having a stockinette member with a knit tubular member formed of threads and a netting arrangement which is intricately formed with the stockinette member. The netting arrangement may either be knit in with the stockinette member or the strands of the knitting arrangement may be laid in.

13. Plaintiffs are informed and believe and on that basis alleged that Defendants have been and continue to directly infringe, contributory infringement and/or induced others to infringe the '148 patent by practicing the patent invention, selling components which have no substantial non-infringing use and/or knowingly teaching others to practice the patented invention.

14. Plaintiffs are informed and believe that Defendants infringement is willful, malicious and without regard to the rights of Plaintiffs.

15. Plaintiffs are further informed and believe that such practice will continue unless enjoined by this Court.

/ / / / /

-3-
COMPLAINT

## V.

## COUNT TWO

### DECLARATORY JUDGMENT: NON-INTERFERENCE WITH BUSINESS RELATIONSHIP

(Against All Defendants)

16. Plaintiff Jif-Pak reallege all the allegations in the foregoing paragraphs 1 through 15 and incorporates said allegations herein by reference as though fully set forth.

17. Plaintiff Jif-Pak is the licensee of the '148 patent and has notified Defendant D&W and other customers including Specialty Food Group, Inc. of Virginia of the existence of the '148 patent and that their activities may be infringing said patent.

18. Plaintiff Jif-Pak's notice was in the form of a communication to Plaintiff Jif-Pak's current customers to identify the benefits of continuing to do business with Jif-Pak.

19. Defendant PCM has asserted that Jif-Pak's communication with its customers regarding the existence of the '148 patent and encouraging its customers to maintain its business with Jif-Pak constitutes an interference with PCM's relationship with said customers.

20. Jif-Pak has notified PCM that it has the right to advise others, specifically Plaintiffs own customers as to the existence of the '148 patent and of its belief that the activities of such customers may constitute infringement and that Jif-Pak would like to maintain their business.

21. There is a present actual and continuing controversy between Plaintiff Jif-Pak and Defendant PCM as to Jif-Pak's right to notify its customers including Dietz &Watson, Inc. of the existence of the '148 patent and to indicate that its customers including Dietz & Watson, Inc. may be infringing such patent..

## VI.

## PRAYER

WHEREFORE, Plaintiffs pray the Court for the following relief:

1. That Defendants, their subsidiaries, affiliates, parents, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in

-4-
COMPLAINT

1  participation with them, or any of them, be preliminarily enjoined during the pendency of this
2  action, and permanently enjoined thereafter from infringing, contributing to the infringement of,
3  and inducing infringement of the '148 patent and specifically from directly or indirectly making,
4  using, marketing, advertising, offering for sale, or selling and distributing devices embodying the
5  invention of the '148 patent during the life of the '148 patent without express written authority of
6  Plaintiffs. That Defendants be ordered to deliver to Plaintiffs for destruction at Plaintiffs' option,
7  their entire inventory of products that infringe the '148 patent.

8      2.    That Defendants and each of them, be directed to fully compensate Plaintiffs for
9  all damages attributable to Defendants' infringement of '148 patent in an amount according to
10 proof at trial.

11     3.    That Plaintiffs' notification to Dietz & Watson, Inc. and other customers and
12 potential customers regarding the existence of the '148 patent is lawful and does not constitute
13 an interference with any business relationship of Defendant PCM.

14     4.    For an accounting of such damages.

15     5.    That such damages be trebled.

16     6.    An award of attorneys' fees, interest and costs against Defendants and each of
17 them.

Dated: July 22, 2005                  GORDON & REES LLP

By: _____
John L. Haller
Attorneys For Plaintiffs
NEIL MINTZ and MARCUS MINTZ

-5-
COMPLAINT

DEMAND FOR JURY TRIAL

Plaintiffs hereby demand trial by jury of every issue that is triable by jury.

Dated: July 22, 2005

GORDON & REES LLP

By: /s/ John R. Haller
John L. Haller
Attorneys For Plaintiffs
NEIL MINTZ and MARCUS MINTZ

AO 120 (Rev.3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br>05CV1470 | DATE FILED<br>7/22/05 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br>Mintz | | DEFENDANT<br>Dietz and Watson Inc |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,413,148 | 5/9/95 | Mintz |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Director      Copy 3 - Upon termination of action, mail this copy to Director
Copy 2 - Upon filing document adding patent(s), mail this copy to Director      Copy 4 - Case file copy

| JS 44<br>(Rev. 07/89) | ● CIVIL COVER SHEET ● | ORIGINAL |
|---|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

### I. (a) PLAINTIFFS
NEIL MINTZ, MARCUS MINTZ, and JIF-PAK MANUFACTURING, INC.

### DEFENDANTS
DIETZ & WATSON, INC., and PACKAGE CONCEPTS & MATERIALS, INC.

`05 JUL 22 PM 4:23`
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

`05 CV 1470 L (AJB)`

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
GORDON & REES LLP
101 W. BROADWAY
SUITE 1600
SAN DIEGO, CA 92101
619-696-6700

ATTORNEYS (IF KNOWN)
John B. Hardaway, III, Esq.
NEXSEN PRUET
201 W. McBee Avenue, Suite 400
P. O. Drawer 10648, Greenville, SC 29603
864-282-1172

### II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Patent Infringent (direct, contributory, inducement); Declaratory Judgment (Non-Interference with Business Relationship)
`28:1338 sp`

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 640 R.R. & Truck | [X] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 861 HIA (13958) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability |  [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
|  |  |  | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 720 Labor/Mgmt. Relations | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / **HABEAS CORPUS:** | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | [ ] 790 Other Labor Litigation |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land |  [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 |  |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare / [ ] 540 Mandamus & Other |  |  | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights / [ ] 550 Civil Rights / [ ] 555 Prison Conditions |  |  |  |

### VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ in excess of $75,000 and declaratory relief
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES  [ ] NO

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Hon. Robert B Harwell  Docket Number District of South Carolina (Greenville) Case No. 05-CV-1184

DATE July 22, 2005
SIGNATURE OF ATTORNEY OF RECORD
John L. Haller, Esq., GORDON & REES LLP

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

`1156662  $250.00  pr  7/22/05`