








RYC   9/22/05   9:51

3:05-CV-01470   MINTZ V. DIETZ AND WATSON INC

*4*

*M.*

NEIL A. SMITH, Cal. Bar No. 63777
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

JONATHAN HANGARTNER, Cal. Bar No. 196268
  SHEPPARD MULLIN RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendants DIETZ & WATSON,
INC. and PACKAGE CONCEPTS &
MATERIALS, INC.

FILED
SEP 21 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>DIETZ & WASTON, INC., a Pennsylvania corporation; and PACKAGE CONCEPTS & MATERIALS, INC., a Southern Carolina corporation,<br><br>Defendants. | Case No. 05 CV 1470 L (AJB)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**(Oral Hearing Requested)**<br><br>Date:  November 7, 2005<br>Time:  10:30 a.m.<br>Ctrm:  14<br>Judge: Hon. M. James Lorenz<br><br>[Complaint Filed: July 22, 2005] |

PLEASE TAKE NOTICE that Defendants, Package Concepts & Materials, Inc. ("PCM") and Dietz & Watson, Inc. ("DW") will seek and hereby do move for an Order dismissing Plaintiffs' Complaint on the grounds that a declaratory judgment action previously filed by PCM in the United States District Court for the District of South Carolina, Greenville Division, against JIF-PAK, Neil Mintz and Marcus Mintz, Package

Concepts & Materials, Inc. v. JIF-PAK, Civil Action No. 6-05-1184-RBH, involves the same issue presented in the instant case, would resolve the dispute between the named parties, and should proceed in the interest of judicial economy and federal comity.

The reasons supporting this Motion to Dismiss are set forth more fully in the Memorandum of Law being filed contemporaneously with this Motion. This Motion is also based on the record of this action, and the record in the previously filed declaratory judgment action currently pending in the United States District Court for the District of South Carolina, including all evidence and argument as may be presented at any hearings held in this action or the South Carolina action.

DATED: September 21, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
NEIL A. SMITH
JONATHAN HANGARTNER

Attorneys for Defendants
Dietz & Watson, Inc. and
Package Concepts & Materials, Inc.

- 2 -

W02-SD:8JH2\51393447.1

CASE NO. 05 CV 1470 L (AJB)