USDC SCAN INDEX SHEET










```
RYC     10/24/05    14:17
3:05-CV-01470   MINTZ V. DIETZ AND WATSON INC
*10*
*DECL.*
```



```
 1  JOHN L. HALLER (SBN: 61392)
    SUSAN B. MEYER (SBN: 204931)
 2  GORDON & REES LLP
    101 West Broadway
 3  Suite 1600
    San Diego, CA 92101
 4  Telephone: (619) 696-6700
    Facsimile: (619) 696-7124
 5
    Attorneys For: Plaintiffs
 6  NEIL MINTZ, MARCUS MINTZ and
    JIF-PAK MANUFACTURING, INC.
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| NEIL MINTZ, an individual; and MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation and PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation,<br><br>Defendants. | CASE NO. 05 CV 1470 L (AJB)<br><br>**DECLARATION OF NEIL MINTZ IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>DATE: November 7, 2005<br>TIME: 10:30 a.m.<br>PLACE: Courtroom 4<br>JUDGE: Hon. M. James Lorenz<br>MAGISTRATE<br>JUDGE: Hon Anthony J. Battaglia |
|---|---|

I, Neil Mintz, declare:

1. I am an individual resident of the county of San Diego state of California. I make this declaration of my own first hand knowledge. If called to testify to the facts stated herein, I could and would competently testify thereto. As to matters stated herein on the basis of information and belief, I believe them to be true.

2. I am the co-inventor of the invention which is the subject matter of U.S. Patent No. 5,413,148. My father Marcus Mintz is the other co-inventor.

3. I am the co-owner of U.S. Patent No. 5,413,148. My father Marcus Mintz is the other co-owner

1



4. I have informally (verbally) licensed the right to make, have made, use, sale, and advertise the invention claimed in the '148 patent to Jif-Pak Manufacturing, Inc.

5. As a licensor, I understand that licensee, Jif-Pak, does not have the right to initiate or maintain a patent or infringement lawsuit even though it can notify others of the existence of a patent and that it can indicate that another's practice may infringe the license patent.

6. As co-owner of the '148 patent, I understand that I have the right to license others to rights under the '148 patent.

7. As president of Jif-Pak, I understand that a notification was sent to Specialty Food Group that advised that Jif-Pack was the owner of the '148 patent when in fact it is not the owner of the '148 patent because Jif-Pak is only a licensee of the '148 patent. A corrective statement has been forwarded to Specialty Foods Group.

8. I have no residence in South Carolina.

9. I have no real property in South Carolina.

10. I have no bank account in South Carolina.

11. I have no drivers license for the state of South Carolina.

12. I have no personal property located in the state of South Carolina.

13. I am not an officer or director of any business organized under the laws of the state of South Carolina.

14. I have no mailing address in the state of South Carolina.

15. I have no telephone number in the state of South Carolina

16. I have most recently visited South Carolina approximately 5 years ago briefly and on a single visit to attend a trade show as a representative of Jif-Pak.

17. All documents and things related to the patent, publications about the invention claimed in the patent, and use of the product claimed in the patent are held by Marcus Mintz, licensee Jif-Pak, or me in San Diego, California. All documents related to the prosecution of the patent are located in San Diego, California.

18. Most all of the documents related to sales, revenue, licensing, costs, and marketing the commercial embodiment of the patent are located in San Diego, California.

-2-

I declare on penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct to the best of my knowledge. Executed this 21st day of October, 2005 at San Diego, California.

Neil Mintz