USDC SCAN INDEX SHEET










```
RYC     11/2/05    11:06
3:05-CV-01470   MINTZ V. DIETZ AND WATSON INC
*14*
*DECL.*
```

NEIL A. SMITH, Cal. Bar No. 63777
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947

JONATHAN HANGARTNER, Cal. Bar No. 196268
  SHEPPARD MULLIN RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619-338-6500
Facsimile:    619-234-3815

Attorneys for Defendants DIETZ & WATSON, INC. and PACKAGE CONCEPTS & MATERIALS, INC.

FILED
OCT 31 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>          Plaintiffs,<br>v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation; and PACKAGE CONCEPTS & MATERIALS, INC., a Southern Carolina corporation,<br><br>          Defendants. | Case No. 05 CV 1470 L (AJB)<br><br>**REPLY DECLARATION OF JONATHAN HANGARTNER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>(Oral Hearing Requested)<br><br>Date:    November 7, 2005<br>Time:   10:30 a.m.<br>Ctrm:   14<br>Judge:  Hon. M. James Lorenz<br><br>[Complaint Filed: July 22, 2005] |

I, Jonathan Hangartner, declare:

I am an attorney admitted to practice in the State of California and am a partner at Sheppard Mullin Richter & Hampton LLP. My firm represents Defendants Dietz & Watson, Inc. and Package Concepts & Materials, Inc. in this matter. I have

W02-SD:8JH2\51398262.1

- 1 -

ORIGINAL

CASE NO. 05 CV 1470 L (AJB)

1 | personal knowledge of the facts set forth below, and if called as a witness could testify
2 | thereto.

3

4 |     1.     Attached hereto as Exhibit A is a true and correct copy of an
5 | Indemnification Agreement, dated June 7, 2005.

6

7 | I declare under penalty of perjury under the laws of the United States of
8 | America that the foregoing is true and correct to the best of my knowledge. Executed on
9 | October 31, 2005, at San Diego, California.

*[signature]*

JONATHAN HANGARTNER



## INDEMNIFICATION AGREEMENT

Package Concepts & Materials, Inc., (PCM), a corporation of South Carolina, having been advised by Dietz and Watson, Inc. (D & W) of Philadelphia, Pennsylvania, that Jif-Pak Manufacturing, Inc. has alleged infringement of its U.S. Patent Number 5,413,148 (THE PATENT) for the use of stockinette products (THE PRODUCTS) sold by PCM to D & W;

And, in consideration of the continuing business of D & W, and its purchase of THE PRODUCTS from PCM, PCM hereby undertakes to indemnify and hold D & W harmless for any expenses associated with charges of infringement of THE PATENT associated with the sale of THE PRODUCTS;

This Indemnification includes, but is not limited to:

1. Payment of legal fees associated with any litigation which might be brought;

2. The payment of any damages which might be assessed against D & W because of the above infringement, including any enhanced damages or assessments of attorneys fees;

3. Compensation for losses incurred by D & W in compliance with any court order or settlement agreement.

D & W shall promptly notify PCM upon receipt of any notice, subpoena or request for documents related to this matter.

PCM at all times shall have the right to control any negotiations or litigation associated with the above allegation of infringement. PCM however shall undertake to consult with D & W regarding any settlement or litigation associated with above allegation of infringement. D & W shall consult with PCM before taking any action which might result in PCM having to reimburse D & W for expenses associated with the indemnification set forth above.

Package Concepts & Materials, Inc.
1023 Thousand Oaks Boulevard
Greenville SC 29607

Dietz and Watson, Inc.
Philadelphia
Pennsylvania

By: Peter D. Bylenga

*/s/ Peter D. Bylenga*

Its: President

Date: 6/7/05

By: Joseph McMurtrie

*/s/ Joseph McMurtrie*

Its: Vice President, Operations

Date: 6/7/05

NPGVL1:230748.1-FO-(MOT) 017700-00003

EXHIBIT A-3