USDC SCAN INDEX SHEET










```
SMV    1/18/06    8:55
3:05-CV-01470   MINTZ V. DIETZ AND WATSON INC
*23*
*STIPO.*
```

JOHN L. HALLER (SBN: 61392)
SUSAN B. MEYER (SBN: 204931)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Plaintiffs,
NEIL MINTZ, MARCUS MINTZ and
JIF-PAK MANUFACTURING, INC.

ORIGINAL
FILED
2006 JAN 13 AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; and MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation and PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation,<br><br>      Defendants. | CASE NO. 05 CV 1470 L (AJB)<br><br>**JOINT STIPULATION FOR CONSOLIDATION OF CASES**<br><br>[FRCP, Rule 42(a)]<br><br>JUDGE: Hon. M. James Lorenz<br><br>MAGISTRATE<br>JUDGE: Hon. Anthony J. Battaglia |

  The parties to this action and to USDC, CASD Case No. 05 CV 2200 LAB (LSP) have agreed and by and through their respective counsel jointly stipulate that the above captioned action and Civil Action Case No. 05 CV 2200 (transferred to the Southern District of California from the District of South Carolina) concern common questions of law and fact and therefore should be consolidated, and the parties further stipulate that the cases may be consolidated under the above-captioned first filed case number now pending before Hon. M. James Lorenz.

1

STIPULATION TO CONSOLIDATE CASES
FILED JOINTLY BY THE PARTIES
CASE NO. 05 CV 1470 L (AJB)

1    The parties further stipulate that these cases may be consolidated for all purposes, without
2    prejudice to bifurcation of issues at trial.
3    The parties further stipulate that the consolidated caption for the two cases shall be as
4    represented in Exhibit A to this stipulation.
5    **IT IS SO STIPULATED.**

7    Dated: January 11, 2006

GORDON & REES LLP

By: _____
John L. Haller
Attorneys For Plaintiffs,
JIF-PAK MANUFACTURING, INC.,
NEIL MINTZ and MARCUS MINTZ

13   Dated: January 10, 2006

SHEPPARD MULLIN RICHTER
& HAMPTON LLP

By: _____
Neil A. Smith
Attorneys For Defendants,
DIETZ & WATSON and
PACKAGE CONCEPTS
& MATERIALS, INC.

20   Dated: January __, 2006

NEXSEN PRUET LLC

By: _____
John B. Hardaway, III
Attorneys For Defendants,
DIETZ & WATSON, INC., and
PACKAGE CONCEPTS
& MATERIALS, INC.

-2-

STIPULATION TO CONSOLIDATE CASES
FILED JOINTLY BY THE PARTIES
CASE NO. 05 CV 1470 L (AJB)

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

# ORDER FOR CONSOLIDATION OF CASES

The foregoing stipulation of the parties to Civil Case Nos. 05 CV 1470 L (AJB) and 05 CV 2200 LAB (LSP) for consolidation of these two cases having been received by the Court and duly considered,

AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Case Nos. 05 CV 1470 and 05 CV 2200 shall be consolidated before the Hon. M. James Lorenz, and that the consolidated caption shall be as represented on Exhibit A to this stipulation and order. The Clerk of the Court is hereby ordered to consolidate these two cases.

IT IS SO ORDERED.

1/12/06

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

-3-

# EXHIBIT A

Consolidated Case Caption
for Case Nos. 05 CV 1470 L (AJB) and 05 CV 2200 LAB (LSP)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; and MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation and PACKAGE CONCEPTS & MATERIALS, INC., a South Carollina corporation,<br><br>Defendants.<br><br>Package Concepts & Materials, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>JIF-PAK MANUFACTURING, INC., a California corporation; NEIL MINTZ, an individual; MARCUS MINTZ, an individual,<br><br>Defendants. | Case No. 05 CV 1470 L (AJB)<br>Consolidated with<br>Case No. 05 CV 2200<br><br><br><br><br><br><br>CONSOLIDATED CASE CAPTION |

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

BJPM\1035064\315884.1

-4-

STIPULATION TO CONSOLIDATE CASES
FILED JOINTLY BY THE PARTIES
CASE NO. 05 CV 1470 L (AJB)

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 18, 2006

John L. Haller, Esq.
Gordon and Rees
101 West Broadway, Suite 1600
San Diego, California 92101

Michaela Battista Sozio, Esq.
Tressler, Soderstrom, Maloney and Priess
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90069

Jonathan Hangartner, Esq.
Sheppard, Mullin, Richter and Hampton
501 West Broadway, Suite 1900
San Diego, California 92101-3598

John B. Hardaway, III, Esq.
Nexsen, Pruet, Jacobs and Pollard
P.O. Box 10648
Greenville, SC 229603

Attention counsel and pro se litigants:

RE: Package Concepts v. Jif-Pak 05CV2200-L(CAB)

You are hereby notified that as of 01/13/06, case number 05CV2200-L(CAB) was consolidated with the lead case 05CV1470-L(CAB). ALL FURTHER DOCKETING WILL BE DONE IN THE LEAD CASE 05CV1470-L(CAB). Please include the lead case number on all further filings

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: S. Volkert

S. Volkert, Deputy Clerk

cc: Clerk
    Appropriate Courtroom Clerk
    Chambers