








```
CAG    2/16/06    16:31
3:05-CV-01470    MINTZ V. DIETZ AND WATSON INC
*34*
*ANSCNTCLM.*
```

**ORIGINAL**

FILED

06 FEB 14 PM 12: 39

U.S. DISTRICT
ERN DISTRICT OF CA

BY: _____ DEPUTY

05 CV 1470 L (CAB)

1 | Michaela L. Sozio, Esq., SBN 179148
  | TRESSLER, SODERSTROM, MALONEY & PRIESS
2 | 1901 Avenue of the Stars, Suite 450
  | Los Angeles, California 90067
3 | Telephone: 310-203-4800
  | Facsimile: 310-203-4850
4 |
5 | Jacqueline A. Criswell, Esq. (*Pro Hac Vice*)
  | TRESSLER, SODERSTROM, MALONEY & PRIESS
6 | 233 South Wacker Drive
7 | Sears Tower, 22nd Floor
  | Chicago, IL 60606
8 | Telephone: 312-627-4000
  | Facsimile: 312-627-1717
9 |
10 | Michael P. Chu, Esq. (*Pro Hac Vice*)
11 | BRINKS HOFER GILSON & LIONE
   | 455 North Cityfront Plaza Drive
12 | Suite 3600
   | Chicago, IL 60611
13 | Telephone: 312-321-4200
   | Facsimile: 312-321-4299
14 |
15 |
16 | John L. Haller, Esq.
   | Gordon & Rees, LLP
17 | 101 West Broadway, Suite 1600
   | San Diego, CA 92101
18 | Telephone: 619-696-6700
   | Facsimile: 619-696-7124
19 |
20 | Attorneys for Plaintiffs, Defendants, Counter-Claimants
   | and Counter-Defendants JIF-PAK MANUFACTURING, INC.,
21 | NEIL MINTZ and MARCUS MINTZ
22 |
23 |                                                    **"BY FAX"**
24 |
25 |
26 |
27 |
28 |                    34

CASE NO. 05 CV 1470 L (CAB)
(CONSOLIDATED WITH CASE NO. 05 CV 2200)

ORIGINAL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; and MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation and PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation,<br><br>Defendants.<br><br>PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation,<br><br>Counter-Claimants,<br>vs.<br><br>NEIL MINTZ, an individual; MARCUS MINTZ, an individual, and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>Counter-Defendants. | Case No. 05 CV 1470 L (CAB)<br>Consolidated with<br>Case No. 05 CV 2200<br><br>**ANSWER OF COUNTER-DEFENDANTS NEIL MINTZ, MARCUS MINTZ AND JIF-PAK MANUFACTURING, INC. TO PACKAGE CONCEPTS & MATERIALS, INC.'S COUNTER-CLAIM; DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. M. James Lorenz<br><br>Magistrate<br>Judge: Hon. Cathy Ann Bencivengo<br><br>[Notice of Parties with Financial Interest, pursuant to Local Civil Rule 40.2, previously filed with Answer to First Amended Complaint]<br><br>"BY FAX" |

|   |   |
|---|---|
| PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) |
| JIF-PAK MANUFACTURING, INC., a California corporation; NEIL MINTZ, an individual; MARCUS MINTZ, an individual, | ) ) ) ) |
| Defendants. | ) |
| NEIL MINTZ, an individual; MARCUS MINTZ, an individual, and JIF-PAK MANUFACTURING, INC., a California corporation, | ) ) ) ) ) |
| Counter-Claimants, | ) |
| vs. | ) |
| PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation, | ) ) ) |
| Counter-Defendants. | ) |

Comes Now Counter-Defendants NEIL MINTZ, MARCUS MINTZ and JIF-PAK MANUFACTURING, INC. (hereinafter collectively referred to as "Jif-Pak") hereby answers, for themselves only, the Counterclaim of PACKAGE CONCEPTS & MATERIALS, INC. (hereinafter referred to as "PCM") as follows:

1. Jif-Pak is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of the Counter-Claim, and on that basis denies the allegations contained therein.

2. Jif-Pak admits that it is a California corporation with its principal place of business in the County of San Diego. Jif-Pak denies the remaining allegations contained in paragraph 2 of the Counter-Claim.

3. Jif-Pak admits the allegations contained in paragraph 3 of the Counter-Claim.

4. Jif-Pak admits the allegations contained in paragraph 4 of the Counter-Claim.

///

5. Jif-Pak admits that the present action purports to arise under the laws of the United States. Jif-Pak further admits that the Court has subject matter jurisdiction over the first, and only, claim for relief. Except as so admitted, Jif-Pak denies the allegations of paragraph 5 of the Counter-Claim.

6. Jif-Pak denies the allegations of paragraph 6 of the Counter-Claim.

7. Jif-Pak admits that venue in this district purports to be based upon 28 U.S.C. §1391(b) and (c). Except as so admitted, Jif-Pak denies the allegations of paragraph 7 of the Counter-Claim.

## COUNT ONE

(Declaratory Judgment – Non-Infringement – U.S. Patent No. 5,413,148)

8. Jif-Pak admits that on May 9, 1995, U.S. Patent No. 5,413,148 issued to Neil and Marcus Mintz for a "Casing Structure for Encasing Meat Products."

9. Jif-Pak admits that it is a licensee of U.S. Patent No. 5,413,148. Jif-Pak denies the remaining allegations contained in paragraph 9 of the Counter-Claim.

10. Jif-Pak denies the allegations contained in paragraph 10 of the Counter-Claim.

11. Jif-Pak admits the allegations contained in paragraph 11 of the Counter-Claim.

12. Jif-Pak admits that it has made written assertions that PCM's customer, Specialty Foods Group, Inc., is infringing the '148 patent. Jif-Pak admits that it has sued PCM for infringement of the '148 patent. Jif-Pak denies the remaining allegations contained in Paragraph 12 of the Counter-Claim.

13. Defendants deny the allegation contained in paragraph 13 of the Counter-Claim.

## COUNT TWO

(Tortious Interference with Contract)

14. Jif-Pak incorporates its responses to paragraphs 1 through 13, inclusive, as through fully set forth herein.

15. Jif-Pak is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of the Counter-Claim, and on that basis denies the allegations contained therein.

16. Jif-Pak is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of the Counter-Claim, and on that basis denies the allegations contained therein.

17. Jif-Pak admits that it advised third parties that PCM was infringing upon the '148 patent, but Jif-Pak denies the remainder of the allegations set forth in paragraph 17 of the Counter-Claim.

18. Jif-Pak denies the allegations contained in paragraph 18 of the Counter-Claim.

19. Jif-Pak denies the allegations contained in paragraph 19 of the Counter-Claim.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

20. As a first and separate affirmative defense, the Counter-Claim fails to state a cause of action upon which relief should be granted and should be dismissed.

### SECOND AFFIRMATIVE DEFENSE

(Failure to Mitigate)

21. As a second and separate affirmative defense, some or all of PCM's claims are barred by PCM's failure and refusal to mitigate its alleged damages at all relevant times herein.

### THIRD AFFIRMATIVE DEFENSE

(Estoppel)

22. As a third and separate affirmative defense, some or all of PCM is barred by the doctrine of estoppel from recovering any relief by virtue of its own acts, conduct, and statement, upon which Jif-Pak has relied to its prejudice and detriment.

### FOURTH AFFIRMATIVE DEFENSE

(Waiver)

23. As a fourth and separate affirmative defense, PCM's Counter-Claim is barred as PCM has waived any right to obtain its requested relief as a result of its own acts, conduct, and/or omissions.

5

## FIFTH AFFIRMATIVE DEFENSE

### (Laches)

24. As a fifth and separate affirmative defense, PCM's Counter-Claim, and each and every cause of action alleged therein, is barred by the equitable doctrine of latches.

## SIXTH AFFIRMATIVE DEFENSE

### (Justification)

25. As a sixth and separate affirmative defense, Jif-Pak was justified in contacting third parties regarding infringement of the '148 patent.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

26. As a seventh and separate affirmative defense, PCM's Counter-Claim is barred under the doctrine of unclean hands by virtue of the conduct of PCM in causing PCM's alleged injuries and damages.

## EIGHTH AFFIRMATIVE DEFENSE

### (Right to Assert Additional Affirmative Defenses)

27. Jif-Pak may have other affirmative defenses which are not known at this time, but which may become known through discovery. Jif-Pak asserts each and every affirmative defense that may be ascertained though future discovery herein.

WHEREFORE, Jif-Pak prays as follows:

1. That PCM take nothing by way of its Counter-Claim;
2. That the Counter-Claim be dismissed in its entirety, with prejudice;
3. That Jif-Pak be awarded its costs and reasonable attorneys' fees allowed by law; and

///
///
///

4. That the Court award other relief as the Court deems just and proper.

Dated: February 9, 2006          TRESSLER, SODERSTROM, MALONEY & PRIESS

BY: _____
JACQUELINE A. CRISWELL, ESQ.
MICHAELA L. SOZIO, ESQ.
Attorneys for Defendants NEIL MINTZ,
MARCUS MINTZ and JIF-PAK
MANUFACTURING, INC.

LA# 87884 (#443-125)

## DEMAND FOR JURY TRIAL

Jif-Pak hereby demands trial by jury of every issue that is triable by jury.

Dated: February 9, 2006        TRESSLER, SODERSTROM, MALONEY & PRIESS

BY: _____
JACQUELINE A. CRISWELL, ESQ.
MICHAELA L. SOZIO, ESQ.
Attorneys for Defendants NEIL MINTZ,
MARCUS MINTZ and JIF-PAK
MANUFACTURING, INC.

LA# 87884 (#443-125)

---

8

CASE NO. 05 CV 1470 L (CAB)
(CONSOLIDATED WITH CASE NO. 05 CV 2200)

## PROOF OF SERVICE

*Neil Mintz, et al. v. Dietz & Watson, Inc., et al.*
United States District Court, Southern District of California
Case No. 05 CV 2200
Consolidated with Case No. 05 CV 1470 L (AJB) (Lead Case)
TSMP File No. 443-125

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006. Upon this day, I served a copy of the attached **ANSWER OF COUNTER-DEFENDANTS NEIL MINTZ, MARCUS MINTZ AND JIF-PAK MANUFACTURING, INC. TO PACKAGE CONCEPTS & MATERIALS, INC.'S COUNTER-CLAIM; DEMAND FOR JURY TRIAL** on the attorneys of record by placing a true and correct copy thereof to party(ies) listed as shown below:

### PLEASE SEE MASTER SERVICE LIST

**XXX** VIA FIRST-CLASS MAIL - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it will be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

EXECUTED on February 13, 2006, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucille R. Aguiluz

1
PROOF OF SERVICE

## MASTER SERVICE LIST

*Neil Mintz, et al. v. Dietz & Watson, Inc., et al.*
United States District Court, Southern District of California
Case No. 05 CV 2200 LAB (LSP)
TSMP File No. 443-125

| | |
|---|---|
| **Attorneys for Plaintiff PACKAGE CONCEPTS & MATERIALS, INC.**<br><br>John B. Hardaway, III, Esq.<br>Nexsen Pruet, LLC<br>P.O. Box 10648<br>Greenville, S.C. 29603-0648<br>Telephone: (864) 370-2211<br>Facsimile: (864) 282-1177 | **Co-Counsel for JIF-PAK MANUFACTURING, INC., NEIL MINTZ & MARCUS MINTZ**<br><br>John L. Haller, Esq.<br>Gordon & Rees, LLP<br>101 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 696-6700<br>Facsimile: (619) 696-7124 |
| **Attorneys for Defendants DIETZ & WATSON, INC. and PACKAGE CONCEPTS & MATERIALS, INC.**<br><br>Neil A. Smith, Esq.<br>Sheppard Mullin Richter & Hampton, LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 | **Attorneys for Defendants DIETZ & WATSON, INC. and PACKAGE CONCEPTS & MATERIALS, INC.**<br><br>Jonathan Hangartner, Esq.<br>Sheppard Mullin Richter & Hampton, LLP<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3598<br>Telephone: (619) 338-6500<br>Facsimile: (619) 234-3815 |
| **Counsel for Defendants JIF-PAK MANUFACTURING, INC., NEIL MINTZ & MARCUS MINTZ**<br><br>Jackie A. Criswell, Esq.<br>Tressler, Soderstrom, Maloney & Priess<br>Sears Tower, 22nd Floor<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 627-4000<br>Facsimile: (312) 627-1717 | **Co-Counsel for Defendants JIF-PAK MANUFACTURING, INC., NEIL MINTZ & MARCUS MINTZ**<br><br>Michael P. Chu, Esq.<br>Brinks Hofer Gilson & Lione<br>455 North Cityfront Plaza Drive<br>Suite 3600<br>Chicago, IL 60611<br>Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299 |
| **Courtesy Copy:**<br><br>Robert P. Andris<br>Ropers, Majeski, et al.<br>1001 Marshall Street<br>Redwood City, CA 94063 | |

2

PROOF OF SERVICE