UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIETZ & WASTON, INC., *et al.*, <br><br> Defendants. | Civil No. 05-CV-1470-L(CAB) <br><br> **ORDER DENYING AS PREMATURE AND WITHOUT PREJUDICE *EX PARTE* APPLICATIONS TO EXPEDITE AND FOR PERMISSION** <br> **[doc. #59, 61]** |

Because the Markman hearing in this matter has been continued, plaintiffs' *ex parte* application to expedite request for permission to bring audio-visual equipment for Markman hearing [doc. #59] and defendant's *ex parte* request for permission to bring in audio-visual equipment for claim construction hearing [doc. #61] are premature and will be denied at this time. The parties must file future requests to bring in equipment for hearings at least five court days prior to the date of the hearing.

Based on the foregoing, **IT IS ORDERED** denying as premature and without prejudice plaintiffs' *ex parte* application to expedite request for permission to bring audio-visual equipment for Markman hearing [doc. #59].

. . .

. . .

. . .

**IT IS FURTHER ORDERED** denying as premature and without prejudice defendant's *ex parte* request for permission to bring in audio-visual equipment for claim construction hearing [doc. #61].

**IT IS SO ORDERED.**

DATED: November 20, 2006

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL