UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation and PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05 CV 1470 L (CAB)<br>(Consolidated with Case No. 05 CV 2200)<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY DISCOVERY ORDER**<br><br>**[Doc. No. 91]**<br><br>Judge: Hon. Cathy Ann Bencivengo |

Based upon Defendants' *Ex Parte* Application to Modify Discovery Order Re: Production by Dietz & Watson, the Court hereby GRANTS the request. The Court's discovery order of April 18, 2007 [doc. no. 90] is modified as follows: Dietz & Watson shall produce summary sales information for meat products identified in Plaintiffs' infringement contentions as using the allegedly infringing stockinette by **May 7, 2007**.

**IT IS SO ORDERED.**

Dated May 3, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

1 | Submitted by:
2 | Dated:  May 2, 2007
3 |                              X-PATENTS, APC
4 |
5 |                              By      /s/ Jonathan Hangartner
6 |                                         Jonathan Hangartner
7 |                              Attorneys for Defendants DIETZ & WATSON, INC. and PACKAGE CONCEPTS &
8 |                                                MATERIALS

-2-

05cv1470