1  ROBERT P. ANDRIS (SBN 130290)
   LAEL D. ANDARA (SBN 215416)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA  94063
   Telephone:     (650) 364-8200
4  Facsimile:     (650) 780-1701
   Email: randris@rmkb.com
5         landara@rmkb.com

6  Attorneys for Plaintiffs, Defendants and Counter-
   Defendants JIF-PAK MANUFACTURING, INC.,
7  NEIL MINTZ AND MARCUS MINTZ

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  NEIL MINTZ, an individual; et al., | CASE NO. 05cv1470-L (CAB) (Consolidated with Case No. 05cv2200) |
| 12           Plaintiffs, | |
| 13      v. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT THAT THE '148 PATENT IS VALID AS A MATTER OF LAW** |
| 14  DIETZ & WATSON, INC., a Pennsylvania corporation; et al., | |
| 15           Defendants. | Date:    October 5, 2009<br>Time:    10:30 a.m.<br>Ctrm:    14<br>Judge:   Hon. M. James Lorenz |
| 16 | |
| 17  AND RELATED COUNTERCLAIMS. | |
| 18 | |

19  **TO ALL PARTIES HEREIN AND THEIR COUNSEL:**

20        PLEASE TAKE NOTICE that on October 5, 2009 at 10:30, in Courtroom 14 before the

21  Honorable M. James Lorenz of the above-entitled Court, located at 880 Front Street, San Diego,

22  California, Plaintiffs, Jif-Pak Manufacturing, Inc. and Neil Mintz will move the Court for

23  summary judgment on the grounds that Defendants have not produced admissible, clear and

24  convincing evidence to overcome the presumption the patient in suit is valid.

25  ///

26  ///

27  ///

28  ///

This Motion is based upon this notice and supporting papers, the pleadings, records and files herein, and upon such other oral or documentary evidence or showing as may be made at the hearing of said motion.

Dated: July 24, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Lael D. Andara
ROBERT P. ANDRIS
LAEL D. ANDARA
Attorneys for Plaintiffs, Defendants and Counter-Defendants JIF-PAK MANUFACTURING, INC., NEIL MINTZ AND MARCUS MINTZ