ROBERT P. ANDRIS (SBN 130290)
LAEL D. ANDARA (SBN 215416)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
Email: randris@rmkb.com
         landara@rmkb.com

Attorneys for Plaintiffs, Defendants and Counter-Defendants JIF-PAK MANUFACTURING, INC., NEIL MINTZ AND MARCUS MINTZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation; et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 05cv1470-L (CAB)<br>(Consolidated with Case No. 05cv2200)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**<br><br>Date:    October 5, 2009<br>Time:   10:30 a.m.<br>Ctrm:    14<br>Judge:  Hon. M. James Lorenz |

**TO ALL PARTIES HEREIN AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that on October 5, 2009 at 10:30, in Courtroom 14 before the Honorable M. James Lorenz of the above-entitled Court, located at 880 Front Street, San Diego, California, Plaintiffs, Jif-Pak Manufacturing, Inc. and Neil Mintz will move the Court for summary judgment on the grounds the accused PCM products contain each of the elements of claim 1 of the patent in suit and Plaintiffs are entitled to judgment as a matter of law.

///

///

///

///

RC1/5315898.1/LD — - 1 - — PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT
05CV1470-L (CAB) (Cons with No. 05CV2200)

This Motion is based upon this notice and supporting papers, the pleadings, records and files herein, and upon such other oral or documentary evidence or showing as may be made at the hearing of said motion.

Dated: July 24, 2009   ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Lael D. Andara
ROBERT P. ANDRIS
LAEL D. ANDARA
Attorneys for Plaintiffs, Defendants and Counter-Defendants JIF-PAK MANUFACTURING, INC., NEIL MINTZ AND MARCUS MINTZ