X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd,
La Jolla, California 92037
Telephone: 858-454-4313
Facsimile: 858-454-4314
Email: jon@x-patents.com

JOHN B. HARDAWAY, III (Admitted Pro Hac Vice)
AMY E. ALLEN (Admitted Pro Hac Vice)
NEXSEN PRUET, LLC
201 West McBee Avenue, Suite 400
Post Office Drawer 10648
Greenville, South Carolina 29603
Telephone: 864-370-2211
Facsimile: 864-282-1177
jhardaway@nexsenpruet.com
aallen@nexsenpruet.com

Attorneys for Defendants DIETZ & WATSON, INC. and PACKAGE CONCEPTS & MATERIALS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation and PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05 CV 1470 L (CAB)<br>(Consolidated with Case No. 05 CV 2200)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. M. James Lorenz<br>Date: October 5, 2009<br>Time: 10:30 a.m.<br>Ctrm: 14 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 5, 2009 at 10:30 a.m. in Courtroom 14 of the United States District Court for the Southern District of California, Defendants Dietz & Watson, Inc. and Package Concepts & Materials, Inc. will bring on for hearing their Motion for Summary Judgment that claim 1 of the '148 patent is invalid, that the accused products do not infringe, and that there is no willful infringement as a matter of law.

This Motion is based on and includes this Notice of Motion and Motion, Memorandum of Points and Authorities, the Declaration of Jonathan Hangartner and attached exhibits, the pleadings and materials on file in this matter, and on such further argument and evidence as may be presented at the hearing on this Motion.

Dated: July 24, 2009

X-PATENTS, APC

By   /s/ Jonathan Hangartner
     Jonathan Hangartner

Attorneys for Defendants DIETZ & WATSON, INC. and PACKAGE CONCEPTS & MATERIALS