# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Neil Mintz, et al.

                **V.**                      **JUDGMENT IN A CIVIL CASE**

Dietz & Watson, Inc., et al.

        **CASE NUMBER:**    05cv1470-L (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Defendant's motion for summary judgment re: invalidity based on obviousness is **GRANTED** and re: noninfringement is **GRANTED**; Plaintiffs' motion for summary judgment re: invalidity based on obviousness is **DENIED**; Plaintiffs' motion for summary judgment re: infringement is **DENIED**.

| March 30, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ M. Jenkins |
|  | (By) M. Jenkins, Deputy Clerk |
|  | ENTERED ON March 30, 2010 |