1  ROBERT P. ANDRIS (SBN 130290)
   LAEL D. ANDARA (SBN 215416)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email: randris@rmkb.com
5         landara@rmkb.com

6  Attorneys for Plaintiffs, Defendants and Counter-
   Defendants JIF-PAK MANUFACTURING, INC.,
7  NEIL MINTZ AND MARCUS MINTZ

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | NEIL MINTZ, an individual; et al.,        | CASE NO. 05cv1470-L (CAB)
                                                 (Consolidated with Case No. 05 CV 2200)
12 |     Plaintiffs,                           |
                                                 **DECLARATION OF ROBERT P.
13 |     v.                                    | ANDRIS IN SUPPORT OF PLAINTIFF'S
                                                 MOTION FOR RECONSIDERATION
14 | DIETZ & WATSON, INC., a Pennsylvania      | OF ORDER GRANTING DEFENDANT'S
     corporation; et al.,                        MOTION FOR SUMMARY JUDGMENT
15 |                                           | RE: INVALIDITY AND NON-
         Defendants.                             INFRINGEMENT; AND DENYING
16 |                                           | PLAINTIFFS' MOTIONS FOR
                                                 SUMMARY JUDGMENT RE:
17 |                                           | VALIDITY AND INFRINGEMENT; AND
                                                 MOTION TO ALTER OR AMEND
18 |                                           | JUDGMENT**

19                                              **Civil Local Rule 7.1(i)**

20                                              Date:    June 21, 2010
                                                Time:    10:30 a.m.
21                                              Ctrm:    14

22
   AND RELATED COUNTERCLAIMS.
23

24       I, ROBERT P. ANDRIS, declare as follows:

25       1.      I am a partner with the law firm of Ropers, Majeski, Kohn & Bentley, counsel of

26 record for plaintiffs Jif-Pak and Neil Mintz. I am an attorney at law licensed to practice before all

27 courts of the State of California and the United States District Court, Southern District of

28 California. If called as a witness, I would testify to the following facts, all of which are within

RC1/5558790.1/ASH                      - 1 -          ANDRIS DEC ISO PLTFS' MTN FOR RECON
                                                      OF ORDER GRANTING DEFT'S MSJ
                                                      05CV1470-L (CAB)

1 my own personal knowledge.

2     2. On July 24, 2009, defendant filed a Motion for Summary Judgment as to
3 Noninfringement and Invalidity.

4     3. On July 24, 2009, plaintiff filed a Motion for Summary Judgment on Infringement,
5 and a Motion for Summary Judgment that the '148 Patent is Valid as a Matter of Law.

6     4. The parties' Motions for Summary Judgment were before U.S. District Court
7 Judge M. James Lorenz.

8     5. On March 30, 2010, the Court issued an Order Granting Defendant's Motion for
9 Summary Judgment on Invalidity; Denying Plaintiffs' Motion for Summary Judgment on
10 Validity; Granting Defendant's Motion re: Noninfringement; Denying Plaintiff's Motion re:
11 Infringement; and Directing Entry of Judgment.

12     6. Plaintiffs Jif-Pak and Neil Mintz apply for reconsideration of the Court's MSJ
13 Orders and Judgment on the basis that there has been a change in the controlling law, and that the
14 ruling was clearly erroneous and manifestly unjust.

15     7. On March 30, 2010, the same day, the Court served its MSJ Orders in this case,
16 the Federal Circuit issued its decision in *Power-One, Inc. v. Artesyn Technologies, Inc.*, 2010
17 U.S. App. LEXIS (March 30, 2010). *Power-One, Inc.* emphasizes consideration of secondary
18 factors for non-obviousness. If secondary factors are properly considered, based on *Power-One,*
19 *Inc.*, at the least, there is genuine material dispute of fact as to validity. Attached hereto as
20 ***Exhibit A*** is a copy of the *Power-One, Inc.* decision.

21     I declare under penalty of perjury under the laws of the United States of America that the
22 foregoing is true and correct, and that this declaration was executed on April 27, 2010 at
23 Redwood City, California.

24

25                                   /s/ Robert P. Andris
                                  ROBERT P. ANDRIS

26

27

28